```
 1  SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney
 2
    MARK KROTOSKI (CSBN 138549)
 3  Chief, Criminal Division

 4  BARBARA BRENNAN SILANO (MASSBAR 055540)
    Assistant United States Attorney
 5
       450 Golden Gate Avenue
 6     San Francisco, Ca. 94102
       Telephone: (415) 436-7223
 7     Barbara.Silano@usdoj.gov

 8  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>      Plaintiff,                    )<br>                                     )<br>      v.                             )<br>                                     )<br>SIONE TUIFUA,                        )<br>                                     )<br>      Defendant.                     )<br>_____) | No. CR-06-0316 MHP<br><br>STIPULATION AND ~~PROPOSED~~<br>ORDER TO CONTINUE SENTENCE<br>DATE |

   The United States of America, by undersigned counsel, and the defendant through his counsel, Fred Baker, hereby stipulate to the moving of the sentence date in this case from March 6, 2007 at 9:00 a.m. to July 16, 2007 at 9:00 a.m..

   The continuance is requested additional time is needed for both parties to submit materials to the probation office.

   AUSA Stephen H. Jigger has consulted with defendant's counsel, Fred Baker, and informs me that Mr. Baker and the defendant join in this request to continue the sentence.

///

///

STIPULATION TO CONTINUE
CR 06-0316 MHP

1 | WHEREFORE, the parties respectfully request that the Court continue the date of
2 | sentencing in the above captioned matter.

Respectfully Submitted,

SCOTT N. SCHOOLS

Date: _____

_____
BARBARA BRENNAN SILANO
Assistant U.S. Attorney

STIPULATION TO CONTINUE
CR 06-0316 MHP                    2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR- 06-0316 MHP |
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER TO CONTINUE SENTENCE DATE |
| SIONE TUIFUA, | ) | SAN FRANCISCO VENUE |
| Defendant. | ) | |
| _____ | ) | |

     Upon stipulation of the parties , and good cause appearing, IT IS ORDERED THAT, the sentence presently set for March 15, 2007, is hereby continued to July 16, 2007 at 9:00 a.m... NO FURTHER CONTINUANCES. Probation Deparment shall prepare PSR consistent with the sentencing hearing date of July 16, 2007.

Date: 3/8/2007

HON. MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel

ORDER         3