SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK KROTOSKI (CSBN 138549)
Chief, Criminal Division

BARBARA BRENNAN SILANO (MASSBAR 055540)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, Ca. 94102
Telephone: (415) 436-7223
Barbara.Silano@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SIONE TUIFUA, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR-06-0316 MHP <br><br> STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE SENTENCE DATE |

The United States of America, by undersigned counsel, and the defendant through his counsel, Fred Baker, hereby stipulate to the moving of the sentence date in this case from July 16, 2007 at 9:00 a.m. to September 24, 2007, 2007 at 9:00 a.m..

The continuance is requested additional time is needed for both parties to submit materials to the probation office.

\\\

\\\

\\\

\\\

STIPULATION TO CONTINUE
CR 06-0316 MHP

1  WHEREFORE, the parties respectfully request that the Court continue the date of
2  sentencing in the above captioned matter.

Respectfully Submitted,

SCOTT N. SCHOOLS

Date: _____06/26/07_____          _____/s/_____
                                      BARBARA BRENNAN SILANO
                                      Assistant U.S. Attorney

Date: _____06/26/07_____          _____/s/_____
                                      FRED BAKER
                                      Counsel for Sione Tuifua

STIPULATION TO CONTINUE
CR 06-0316 MHP                        2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR- 06-0316 MHP |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER TO CONTINUE SENTENCE DATE |
| v. | ) | |
| | ) | |
| SIONE TUIFUA, | ) | SAN FRANCISCO VENUE |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Upon stipulation of the parties , and good cause appearing, IT IS ORDERED THAT, the sentence presently set for July 16, 2007, is hereby continued to September 24, 2007 at 9:00 a.m...

Date: 7/3/2007

HON. _____
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel

ORDER                    3