SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

BARBARA BRENNAN SILANO (MASSBAR 055540)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, Ca. 94102
Telephone: (415) 436-7223
Barbara.Silano@usdoj.gov

Attorneys for Plaintiff

**FILED**

SEP 2 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,  )   No. CR-06-0316 MHP
          Plaintiff,        )
                            )   STIPULATION AND ~~PROPOSED~~
     v.                     )   ORDER TO CONTINUE SENTENCE
                            )   DATE
SIONE TUIFUA,               )
          Defendant.        )
_____)

The United States of America, by undersigned counsel, and the defendant through his counsel, Fred Baker, hereby stipulate to the moving of the sentence date in this case from September 24, 2007 at 9:00 a.m. to December 3, 2007 at 9:00 a.m..

The continuance is requested additional time is needed for both parties to submit materials to the probation office.

///
///
///
///

STIPULATION TO CONTINUE
CR 06-0316 MHP

| | |
|---|---|
| 1 | WHEREFORE, the parties respectfully request that the Court continue the date of |
| 2 | sentencing in the above captioned matter. |

Respectfully Submitted,

SCOTT N. SCHOOLS

Date: 9/18/07

*Barbara Silano*
BARBARA BRENNAN SILANO
Assistant U.S. Attorney

Date: 9/19/07

*Fred Baker*
FRED BAKER
Counsel for Sione Tuifua

STIPULATION TO CONTINUE
CR 06-0316 MHP                    2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR- 06-0316 MHP |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER TO CONTINUE SENTENCE DATE |
| v. | ) | |
| | ) | |
| SIONE TUIFUA, | ) | SAN FRANCISCO VENUE |
| | ) | |
| Defendant. | ) | |

Upon stipulation of the parties, and good cause appearing, IT IS ORDERED THAT, the sentence presently set for September 24, 2007, is hereby continued to December 3, 2007 at 9:00 a.m..

Date: 9/21/07

HON. MARILYN HALL PATEL
UNITED STATES DISTRICT COURT JUDGE

ORDER 3