SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

BARBARA BRENNAN SILANO (MASSBAR 055540)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, Ca. 94102
    Telephone: (415) 436-7223
    Barbara.Silano@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SIONE TUIFUA, ) <br> ) <br>     Defendant. ) <br> _____ ) | No. CR-06-0316 MHP <br><br> STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE SENTENCE DATE |

The United States of America, by undersigned counsel, and the defendant through his counsel, Fred Baker, hereby stipulate to the moving of the sentence date in this case from December 3, 2007 at 9:00 a.m. to February 4, 2008 at 9:00 a.m..

The continuance is requested additional time is needed for both parties to submit materials to the probation office. AUSA Silano represents that she has met and conferred with counsel for the defendant, Fred Baker, and he joins in the request to continue the sentence date.

///

///

STIPULATION TO CONTINUE
CR 06-0316 MHP

| | |
|---|---|
| 1 | WHEREFORE, the parties respectfully request that the Court continue the date of |
| 2 | sentencing in the above captioned matter. |

Respectfully Submitted,

SCOTT N. SCHOOLS

Date: 11/30/07  /s/

BARBARA BRENNAN SILANO
Assistant U.S. Attorney

STIPULATION TO CONTINUE
CR 06-0316 MHP                    2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR- 06-0316 MHP |
| Plaintiff, | ) | |
| v. | ) ) | [PROPOSED] ORDER TO CONTINUE SENTENCE DATE |
| SIONE TUIFUA, | ) ) | SAN FRANCISCO VENUE |
| Defendant. | ) ) | |
| _____ | ) | |

Upon stipulation of the parties , and good cause appearing, IT IS ORDERED THAT, the sentence presently set for December 3, 2007, is hereby continued to February 4, 2008 at 9:00 a.m.. NO FURTHER CONTINUANCES.

Date: December 3, 2007

_____
HON. MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel

ORDER                            3