FREDERIC BAKER (SBN: 50055)
Attorney at Law
San Francisco Design Center
2 Henry Adams Street M71
San Francisco, CA 94103
Telephone: (415) 626-5133

**Attorney for Defendant**

**Sione Tuifua**

FILED

JUL 1 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: CR 06 0316 MHP |
| Plaintiff, | ORDER EXTENDING TIME FOR SURRENDER |
| v. | |
| Sione Tuifua | |
| DEFENDANT | |

IT IS HEREBY ORDERED THAT THE DATE FOR THE SURRENDER OF SIONE TUIFUA TO THE FEDERAL BUREAU OF PRISONS BE EXTENDED FROM JULY 14, 2008 TO SEPTEMBER 29, 2008 AND THE MATTER IS SET DOWN ON THE COURT'S CALENDAR FOR SEPTEMBER 15, 2008 AT 10:00A.M.

DATED: 7/11/08

_____
Judge of the United States District Court